**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Terrell DALTON, a/k/a**
**Kenneth Dalton, a/k/a Pookie,**
**Defendant–Appellant.**

**No. 10–6591.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 6, 2010.

Kenneth Terrell Dalton, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Terrell Dalton appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dalton,* No. 5:03–cr–00004–RLV–13 (W.D.N.C. Apr. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*